COMPLAINT (objection)

Debtor John Ragen Marrs Jr.                    20-40022-drd13

FILED
FEB 14 2020
PAIGE WYMORE-WYNN, CLK
U.S. BANKRUPTCY COURT
WEST DISTRICT
OF MISSOURI

Claim should be exempt from discharge:

Debtor never intended to pay the monies owed, and has went to great lengths to avoid paying the debt owed.

Debtor has ability to pay.

Debtor was ordered to pay $6,144.78, plus interest, for our son's funeral expenses as promised. Debtor is abusing the legal system to damage movant financially as well as emotionally.

_Carla Marrs_
Carla Marrs

February 10, 2020

Dear Trustee,

John Marrs Jr. has dodged this agreement/court decision all the way.  Our son passed December 1st of 2016 (Autistic).  He has fought three years to pay for half of his son's funeral expenses.

I paid for the following:
- Plot
- Headstone
- Funeral

The agreement was promised that he would pay half of the expenses.  We had to go to court many times.  He was in contempt once.  He was given a judgement to pay within 32 days.  He ignored all from the courts.

I am asking for reimbursement of HALF the funeral expenses – PLEASE!

God Bless

Carla Marrs