## IN THE UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF MISSOURI

IN RE: John R Marrs Jr                   )

                                   )       Case No.:  20-40022

                                   )

            Debtor(s)     )

### MOTION FOR POST-CONFIRMATION FEES

Comes now, attorney for Debtor(s) hereby requests additional compensation for services performed on behalf of the Debtor(s).

____X_____ Defense of Motions to Dismiss - $250
                    Date Response filed 6/7/2021
____X_____ Motions to Suspend or Abate Payments - $250
                    Date Application/Motion filed 6/7/2021
____X_____ Obtaining Confirmation of Amended Plan - $350
                    Date Amendments filed 7/26/2021 Confirmed 8/17/2021

The services indicated above having been completed, additional compensation is hereby requested in the amount of $850.00, and expenses in the amount of $0.00.

**I hereby certify that the services referenced in this motion were actually provided after the original confirmation (6/2/2020) of the plan in this case.**

8/25/2021

                                     Respectfully submitted,
                                     W M Law

                                     /s/ G. Addam Fera
                                     G. Addam Fera, KS #21320, MO#51272
                                     15095 W 116th St.
                                     Olathe, KS 66062
                                     (913) 422-0909 / (913) 428-8549
                                     fera@wagonergroup.com
                                     ATTORNEY FOR DEBTOR(S)

### NOTICE OF MOTION

Any party with an objection is directed to file a Response to the motion within twenty-one (21) days of the date of this notice with the Clerk of the United States Bankruptcy Court.  Documents can be filed electronically at http://ecf.mowb.uscourts.gov. Information about electronic filing can be found on the Court website www.mow.uscourts.gov.  If a response is timely filed, a Notice of Hearing will be provided to all interested parties by the Court.  If no response is filed within twenty-one (21) days, the Court will enter an order allowing the fees.

### CERTIFICATE OF SERVICE

Attorney for Debtors hereby Certifies Service on Debtors, Richard Fink, the United States Trustee, and parties requesting notice via electronic filing and/or depositing in the U.S. Mail. Motions for post-confirmation fees in excess of $1,000 must be noticed to all creditors pursuant to Local Rule 2016-1 C.
DEBTORS VIA US MAIL - 901 NE Barry Road Kansas City, MO  64155
Court Address: U.S. Bankruptcy Court, 400 E. 9th Street, Rm 1510, Kansas City, MO  64106
                                     /s/ G. Addam Fera